# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23−mc−00264−LJL

The Hilb Group of New York, LLC v. Associated Agencies, Inc. et al  Date Filed: 08/08/2023
Assigned to: Judge Lewis J. Liman  Date Terminated: 08/10/2023
Cause: M 08−85 Motion to Compel

**Plaintiff**

**The Hilb Group of New York, LLC**  represented by  **Adam Thomas Simons**
McGuireWoods LLP
1251 Avenue of the Americas
Ste 20th Floor
New York, NY 10105
410−659−4417
Fax: 410−659−4484
Email: asimons@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katharine P Lennox**
McGuireWoods LLP
77 West Wacker Drive
Ste 41st Floor
Chicago, IL 60601
312−849−8117
Fax: 312−698−4517
Email: klennox@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Associated Agencies, Inc.**

**Defendant**

**Gregory Ring**

**Interested Party**

**Jordan Perlmutter**

**Interested Party**

**Jodi Perlmutter**

**Interested Party**

**Pivot Media Ventures, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2023 | 1 | MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel Jordan Perlmutter, Jodi Perlmutter, and Pivot Media Ventures, LLC to Comply with Subpoenas . Other Court Name: United States District Court – Eastern District of New York. Other Court Case Number: 2:22–cv–04131–JMA–ST. (Filing Fee $ 49.00, Receipt Number ANYSDC–28118830)Document filed by The Hilb Group of New York, LLC.(Simons, Adam) (Entered: 08/08/2023) |
| 08/08/2023 | 2 | MEMORANDUM OF LAW in Support re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel Jordan Perlmutter, Jodi Perlmutter, and Pivot Media Ventures, LLC to Comply with Subpoenas . Other Court Name: United States District Court – Eastern District of New York. Other Co . Document filed by The Hilb Group of New York, LLC..(Simons, Adam) (Entered: 08/08/2023) |
| 08/08/2023 | 3 | DECLARATION of Katherine Lennox in Support re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel Jordan Perlmutter, Jodi Perlmutter, and Pivot Media Ventures, LLC to Comply with Subpoenas . Other Court Name: United States District Court – Eastern District of New York. Other Co. Document filed by The Hilb Group of New York, LLC. (Attachments: # 1 Exhibit A – 3.16.2023 Subpoena, # 2 Exhibit B – 3.20.2023 POS for Subpoena, # 3 Exhibit C – 6.9.2023 Letter, # 4 Exhibit D – 6.6.2023 Subpoena, # 5 Exhibit E – 6.7.2023 POS for Subpoena, # 6 Exhibit F – 6.6.2023 Subpoena, # 7 Exhibit G – 6.7.2023 POS for Subpoena, # 8 Exhibit H – 6.23.2023 Letter, # 9 Exhibit I – 7.7.2023 Subpoena, # 10 Exhibit J – 7.7.2023 Subpoena, # 11 Exhibit K – 7.7.2023 Subpoena, # 12 Exhibit L – 7.7.2023 Email, # 13 Exhibit M – 7.17.2023 Letter, # 14 Exhibit N – Text, # 15 Exhibit O – Screenshots (slip), # 16 Exhibit P – Emails (slip)).(Simons, Adam) (Entered: 08/08/2023) |
| 08/08/2023 | 4 | MISCELLANEOUS COVER SHEET filed..(Simons, Adam) (Entered: 08/08/2023) |
| 08/08/2023 | 5 | NOTICE OF APPEARANCE by Adam Thomas Simons on behalf of The Hilb Group of New York, LLC..(Simons, Adam) (Entered: 08/08/2023) |
| 08/08/2023 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent The Hilb Group Operating Company, LLC, Corporate Parent The Hilb Group, LLC for The Hilb Group of New York, LLC. Document filed by The Hilb Group of New York, LLC..(Simons, Adam) (Entered: 08/08/2023) |
| 08/08/2023 | 7 | NOTICE OF APPEARANCE by Katharine P Lennox on behalf of The Hilb Group of New York, LLC..(Lennox, Katharine) (Entered: 08/08/2023) |
| 08/08/2023 | 8 | LETTER MOTION to Seal *Unredacted Copies of Exhibits O and P to the Declaration of Katherine Lennox in Support of Plaintiff's Motion to Compel* addressed to Judge Laura Taylor Swain from Adam T. Simons dated August 8, 2023. Document filed by The Hilb Group of New York, LLC..(Simons, Adam) (Entered: 08/08/2023) |
| 08/08/2023 | 9 | ***SELECTED PARTIES***NOTICE of Exhibit O to the Declaration of Katherine Lennox in Support of Plaintiff's Motion to Compel re: 8 LETTER MOTION to Seal *Unredacted Copies of Exhibits O and P to the Declaration of Katherine Lennox in Support of Plaintiff's Motion to Compel* addressed to Judge Laura Taylor Swain from Adam T. Simons dated August 8, 2023.. Document filed by The Hilb Group of New York, LLC, Associated Agencies, Inc., Jodi Perlmutter, Jordan Perlmutter, Pivot Media Ventures, LLC, Gregory Ring. Motion or Order to File Under Seal: 8 .(Simons, Adam) (Entered: 08/08/2023) |
| 08/08/2023 | 10 | ***SELECTED PARTIES***NOTICE of Exhibit P to the Declaration of Katherine Lennox in Support of Plaintiff's Motion to Compel re: 8 LETTER MOTION to Seal *Unredacted Copies of Exhibits O and P to the Declaration of Katherine Lennox in Support of Plaintiff's Motion to Compel* addressed to Judge Laura Taylor Swain from Adam T. Simons dated August 8, 2023.. Document |

| | | |
|---|---|---|
| | | filed by The Hilb Group of New York, LLC, Associated Agencies, Inc., Jodi Perlmutter, Jordan Perlmutter, Pivot Media Ventures, LLC, Gregory Ring. Motion or Order to File Under Seal: 8 .(Simons, Adam) (Entered: 08/08/2023) |
| 08/08/2023 | 11 | LETTER MOTION for Conference */ Request for Informal Discovery Conference* addressed to Judge Laura Taylor Swain from Adam T. Simons dated August 8, 2023. Document filed by The Hilb Group of New York, LLC..(Simons, Adam) (Entered: 08/08/2023) |
| 08/09/2023 | | MISCELLANEOUS CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Lewis J. Liman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://https://nysd.uscourts.gov/rules/ecf−related−instructions. .(laq) (Entered: 08/09/2023) |
| 08/09/2023 | | Case Designated ECF. (laq) (Entered: 08/09/2023) |
| 08/10/2023 | 12 | ORDER. The Clerk of Court is respectfully direct to transfer this case to the Eastern District of New York, to terminate all pending motions, and to close this case. SO ORDERED. (Signed by Judge Lewis J. Liman on 8/10/23) (yv) Transmission to Office of the Clerk of Court for processing. (Entered: 08/11/2023) |
| 08/10/2023 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court − District of Eastern District of New York.(yv) (Entered: 08/17/2023) |